||
|---|
|1|
|2|
|3|
|4|
|5|

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:08-CR-300-PMP (PAL) |
| | ) | |
| ALEXANDER FITWI, | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On December 30, 2009, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ALEXANDER FITWI to criminal offenses, forfeiting specific property alleged in the Second Superseding Criminal Indictment and shown by the United States to have a requisite nexus to the offenses to which defendant ALEXANDER FITWI pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 23, 2010 through February 21, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.

3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:

9  a) a Smith and Wesson, .38 caliber revolver, serial number 23K6131;
10 b) a North American Arms .22 caliber revolver, serial number W27936;
11 c) a Ruger Super Blackhawk .44 caliber revolver, serial number 82-51044; and
12 d) any and all rounds of ammunition.

13 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
14 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
15 any income derived as a result of the United States of America's management of any property
16 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
17 according to law.

18 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
19 certified copies to the United States Attorney's Office.

20 DATED this __ 10th day of September, 2010.

21
22 UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on September 10, 2010 by the below identified method of service:

<u>E-mail/ECF</u>

Richard F. Boulware
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
Email: Richard_Boulware@FD.org
*Counsel for Alexander Fitwi*

/s/ HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk